UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASAD GILANI,<br><br>          Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY<br><br>          Defendant. | ECF CASE<br><br>Civil Action No. 1:15-cv-05609-NSR-LMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.C.R.P. 41(a)(1)(A)(ii)** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.C.R.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties, Plaintiff Asad Gilani and Defendant Hewlett Packard Company, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: New York, New York
       July 20, 2022

By: _____
Asad Gilani
661 Bedford Road
Armonk, NY 10504
Telephone: 914.224.8073
Email: asad.s.gilani@gmail.com
**Pro Se**

Respectfully Submitted,

By: /s/ *Sonni Fort Nolan*
Sonni F. Nolan
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: 314.480.1963
Facsimile: 314.480.1505
sonni.nolan@huschblackwell.com
*Admitted Pro Hac Vice*

**Attorney for Defendant**