UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASAD GILANI, | ECF CASE |
| Plaintiff, | Civil Action No. 1:15-cv-05609-NSR-LMS |
| v. | |
| HEWLETT-PACKARD COMPANY | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.C.R.P. 41(a)(1)(A)(ii) |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.C.R.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties, Plaintiff Asad Gilani and Defendant Hewlett Packard Company, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: New York, New York
July 20, 2022

By: _____
Asad Gilani
661 Bedford Road
Armonk, NY 10504
Telephone: 914.224.8073
Email: asad.s.gilani@gmail.com
**Pro Se**

Respectfully Submitted,

By: /s/ Sonni Fort Nolan
Sonni F. Nolan
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: 314.480.1963
Facsimile: 314.480.1505
sonni.nolan@huschblackwell.com
*Admitted Pro Hac Vice*

**Attorney for Defendant**